# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| KENTUCKY FAR BUREAU MUTUAL INSURANCE COMPANY (a/s/o Levi Woods)<br><br>Plaintiff,<br><br>vs.<br><br>SHARKNINJA OPERATING LLC<br><br>Defendant. | CIVIL ACTION NO. 5:24-cv-33-BJB<br><br>***ELECTRONICALLY FILED*** |

## NOTICE OF REMOVAL

Pursuant to 28 USC §§ 1332, 1441, and 1446, defendant, SharkNinja Operating LLC ("SharkNinja"), by counsel, files its Notice of Removal of this case from the Fulton Circuit Court of the Commonwealth of Kentucky (Civil Action No. 23-CI-0041), to the United States District Court for the Western District of Kentucky. In support of its Notice, and pursuant to 28 USC § 1446, SharkNinja states as follows:

1. On November 3, 2023, the plaintiff, Kentucky Farm Bureau Mutual Insurance Company ("KFB"), filed a complaint in Fulton Circuit Court, bearing Civil Action No. 22-CI-0041, against SharkNinja.

2. SharkNinja was served with a Summons and Complaint on November 17, 2023. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon SharkNinja are attached to this Notice of Removal as **Exhibit A.**

3. On January 12, 2024, Pull-A-Part of Louisville, LLC served an answer to the KFB's complaint Fulton Circuit Court along with requests for written discovery.

4. On February 7, 2024, KFB responded to those requests, admitting that it was a citizen of the Commonwealth of Kentucky, and that the damages it is seeking in connection with its November 3, 2023 complaint was in excess of $75,000. *See* KFB's Responses to Request for Admissions and Answer to the First Set of Interrogatories, attached as **Exhibit B**.

5. SharkNinja Operating LLC is a Delaware limited liability company with its principal place of business in Massachusetts. Its sole member is SharkNinja Midco LLC, a Delaware limited liability company with its principal place of business in Massachusetts. The sole member of SharkNinja Midco LLC is SharkNinja Appliance LLC, a Delaware limited liability company with its principal place of business in Massachusetts. The sole member of SharkNinja Appliance LLC is SharkNinja Appliance UK Holdco Limited, a private limited company organized under the laws of England and Wales with its principal place of business in Leeds, England. Accordingly, SharkNinja is a citizen of the United Kingdom, and is not a citizen of the Commonwealth of Kentucky for purposes of determining whether there is complete diversity of citizenship. *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009) ("The general rule is that all unincorporated entities—of which a limited liability company is one—have the citizenship of each partner or member."); *See also In re DePuy Orthopaedics, Inc. ASR Hip Implant Prod. Liab. Litig.*, 953 F.3d 890, 895 (6th

Cir. 2020) (determining the citizenship of a United Kingdom limited company based on its place of incorporation and the location of its principal place of business).

6. This action is between parties who are not citizens of the same state, and as a result, complete diversity of citizenship exists.

7. Complete diversity of citizenship exists, and the amount in controversy exceeds $75,000. As a result, removal to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 is appropriate.

8. Pursuant to 28 U.S.C. § 1441(a), removal to this Court is proper, because it has original jurisdiction under the provisions of 28 U.S.C. § 1332, and it is the district and division embracing the place where the state court action is pending.

9. This Notice of Removal is timely because it was filed within 30 days of the date of service of KFB's responses to defendant's requests for admission on the defendant, in which KFB admits to being a citizen only of the Commonwealth of Kentucky, and admits to seeking damages in excess of $75,000.

10. Pursuant to 28 USC § 1446(d), the defendant is contemporaneously serving a copy of this Notice upon all adverse parties and to the Clerk of the Fulton County Circuit Court, with instructions to proceed no further unless and until this case is remanded.

WHEREFORE, SharkNinja Operating LLC hereby removes this case to federal court.

Dated: February 29, 2024.

Respectfully submitted,

*/s/ Neil E. Barton*
Ian T. Ramsey
iramsey@stites.com
Neil E. Barton
nbarton@stites.com
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352

*Counsel for Defendant*

## Certificate of Service

I hereby certify that a copy of the foregoing has been served by filing electronically through the Court's ECF system and by email on this 29th day of February, 2024, upon:

John D. Bertram
John C. Miller
Bertram, Cox & Miller, LLP
321 East Main Street
P. O. Box 1155
Campbellsville, Kentucky  42719
johnb@bcmllp.com
johnm@bcmllp.com

*Counsel for Plaintiff*

*/s/ Neil E. Barton*
*Counsel for Defendant*

4