# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/17/2023
CT Log Number 545167117

## Service of Process Transmittal Summary

**TO:** Alyssa Aquino
SharkNinja Operating LLC
89 A Street, Suite 100
Needham, MA 02494

**RE:** **Process Served in Delaware**

**FOR:** SharkNinja Operating LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY (a/s/o Levi Woods) // To: SharkNinja Operating LLC |
| **CASE #:** | 23CI00041 |
| **NATURE OF ACTION:** | Product Liability Litigation - Breach of Warranty |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 11/17/2023 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air<br>Image SOP<br>Email Notification, Tim Johnston tjohnston@sharkninja.com<br>Email Notification, Lisa Movitz lmovitz@sharkninja.com<br>Email Notification, Alyssa Aquino aaquino@sharkninja.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

MICHAEL G. ADAMS
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ ***REGISTER TO VOTE***

9589 0710 5270 0563 8864 07

FIRST-CLASS

US POSTAGE

ZIP 40601 $ 009.49⁰
02 7H
0006026551 NOV 13 2023

SHARKNINJA OPERATING, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

November 9, 2023

SHARKNINJA OPERATING, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 23-CI-00041

COURT: Circuit Court Clerk
Fulton County
PO Box 198
Hickman, KY 42050
Phone: (270) 236-3944

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

**(1) Your attorney, or**
**(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
**(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice Courts.ky.gov

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **23-CI-00041**
Court: **CIRCUIT**
County: **FULTON**

*Plantiff*, **KFBMIC (A/S/O LEVI WOODS) VS. SHARKNINJA OPERATING, LLC**, *Defendant*

TO: **THE CORPORATION TRUST COMPANY**
**CORPORATION TRUST CENTER**
**1209 ORANGE STREET**
**WILMINGTON, DE 19801**

RECEIVED
NOV 09 2023
SECRETARY OF STATE

Telephone # : 3026587581

Memo: Related party is SHARKNINJA OPERATING, LLC

The Commonwealth of Kentucky to Defendant:
**SHARKNINJA OPERATING, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jaime Mathews
Fulton Circuit Clerk
Date: **11/3/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ______________, 20______

______________________________
Served By

______________________________
Title

Summons ID: 683285746379752@90005549414
CIRCUIT: 23-CI-00041 Long Arm Statute – Secretary of State
KFBMIC (A/S/O LEVI WOODS) VS. SHARKNINJA OPERATING, LLC



eFiled

Package : 000002 of 000006
Presiding Judge: HON. TIMOTHY A. LANGFORD (601249)
Package : 000002 of 000006

Package : 000003 of 000006

Presiding Judge: HON. TIMOTHY A. LANGFORD (601249)

Package : 000003 of 000006

**COMMONWEALTH OF KENTUCKY**
**1ST JUDICIAL CIRCUIT**
**FULTON CIRCUIT COURT**
**DIVISION _____**
**CIVIL ACTION NO. 23-CI-________**

***Electronically Filed***

KENTUCKY FARM BUREAU
MUTUAL INSURANCE COMPANY
(a/s/o Levi Woods) PLAINTIFF

v. **COMPLAINT**

SHARKNINJA OPERATING, LLC DEFENDANT

* * * * * * *

The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, by and through counsel, for its cause of action against the Defendant, SharkNinja Operating, LLC, states as follows:

1. The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, is a Kentucky Corporation authorized to transact business in the Commonwealth of Kentucky.

2. The Defendant, SharkNinja Operating, LLC, is a foreign business entity which transacts business in the Commonwealth of Kentucky and it has designated the following as its registered agent: CT Corporation System, and whose address is Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

3. The Defendant, SharkNinja Operating, LLC, is, within the meaning of KRS 454.210, transacting business in Kentucky so as to make it amenable to service of process by service upon the Secretary of State in accordance with the provisions of KRS 454.210. This Court therefore has personal jurisdiction over the Defendant.

4. The Defendant, SharkNinja Operating, LLC, is a business entity engaged in the manufacture, distribution, and/or sale of certain products, including Ninja 5.5qt Air Fryer Max XLs and the Defendant, SharkNinja Operating, LLC, sold Ninja 5.5qt Air Fryer Max XLs to the public at all times relevant hereto.

5. On or about November 10, 2021 in Fulton County, Kentucky, a Ninja 5.5qt Air Fryer Max XL which was manufactured by the Defendant, and specifically Model: AF161 ("Ninja 5.5qt Air Fryer Max XL") owned by Levi Woods, an insured of the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, failed thereby causing significant damage to the property of Levi Woods.

**COUNT I - NEGLIGENCE**

6. The Plaintiff re-alleges the allegations previously stated herein and incorporates herein by reference the previous paragraphs of this Complaint.

7. The Ninja 5.5qt Air Fryer Max XL was manufactured by the Defendant, and by reason of the carelessness and negligence of its agents, servants or employees, in the design and/or manufacture of the Ninja 5.5qt Air Fryer Max XL, it failed thereby causing significant damage to said Ninja 5.5qt Air Fryer Max XL and associated items.

8. The Defendant unreasonably failed to warn of the known and foreseeable hazards of said Ninja 5.5qt Air Fryer Max XL, both before and after the sale of said Ninja 5.5qt Air Fryer Max XL.

9. As a result of the culpable conduct of the Defendant, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, has been required to pay sums for property damage and/or personal property loss to or on behalf of its insured, Levi Woods, in an amount which is in excess of the jurisdictional limits of this Court.



Package : 000004 of 000006
Presiding Judge: HON. TIMOTHY A. LANGFORD (601249)
Package : 000004 of 000006

**COUNT II - BREACH OF WARRANTY**

10. The Plaintiff re-alleges the allegations previously stated herein and incorporates herein by reference the previous paragraphs of this Complaint.

11. The Defendant has engaged in substantial advertising campaigns to promote the sales of its products, including the Ninja 5.5qt Air Fryer Max XL, which advertising stresses the quality, utility and safety of said Ninja 5.5qt Air Fryer Max XL.

12. The Defendant breached their implied warranties of merchantability and fitness for a particular purpose as well as its express warranty relating to the quality, utility and safety of said Ninja 5.5qt Air Fryer Max XL.

13. As a result of the culpable conduct of the Defendant, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, has been required to pay sums for property damage and/or personal property loss, to or on behalf of its insured, Levi Woods, in an amount which is in excess of the jurisdictional limits of this Court.

**COUNT III - STRICT LIABILITY**

14. The Plaintiff re-alleges the allegations previously stated herein and incorporates herein by reference the previous paragraphs of this Complaint.

15. The Ninja 5.5qt Air Fryer Max XL was manufactured in a condition as to render it in a defective condition unreasonably dangerous and the Defendant is strictly liable for the Plaintiff's damages which were caused as a result of the defects in the Ninja 5.5qt Air Fryer Max XL.

16. As a result of the culpable conduct of the Defendant, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, has been required to pay sums to or on behalf of its insured,





Package : 000005 of 000006
Presiding Judge: HON. TIMOTHY A. LANGFORD (601249)
Package : 000005 of 000006

Levi Woods, for damage and loss to real property and/or personal property in an amount which is in excess of the jurisdictional limits of this Court.

Wherefore, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, demands judgment against the Defendant, SharkNinja Operating, LLC, for compensatory damages in an amount to be determined at trial, a trial by jury, its costs herein expended and for any other relief to which it appears entitled.

Respectfully Submitted,

*/s/ John C. Miller*
John C. Miller
John D. Bertram
**BERTRAM, COX & MILLER, LLP**
321 East Main Street, P.O. Box 1155
Campbellsville, Kentucky 42719-1155
johnm@bcmllp.com
johnb@bcmllp.com
(270) 465-6111

ATTORNEYS FOR PLAINTIFF

Package : 000006 of 000006
Presiding Judge: HON. TIMOTHY A. LANGFORD (601249)
Package : 000006 of 000006



Filed 23-CI-00041 11/03/2023 Jaime Mathews, Fulton Circuit Clerk
A true copy attest 23-CI-00041 11/03/2023 /s/Jaime Mathews, Fulton Circuit Clerk

Filed 23-CI-00041 01/12/2024 Jaime Mathews, Fulton Circuit Clerk

COMMONWEALTH OF KENTUCKY
FULTON CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00041

KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY (a/s/o Levi Woods) — PLAINTIFF

v. **ANSWER BY SHARKNINJA OPERATING, LLC**

SHARKNINJA OPERATING, LLC — DEFENDANT

SharkNinja Operating, LLC ("SharkNinja"), by counsel, for its answer to Plaintiff's Complaint, states as follows:

1. SharkNinja lacks information so as to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore denies those allegations.

2. SharkNinja admits the allegations in Paragraph 2 of the Complaint.

3. The allegations in Paragraph 3 are conclusions of law to which no response is required. To the extent a response is required, they are denied.

4. SharkNinja admits it is a business entity engaged in the manufacture, distribution, and/or sale of certain products, including the Ninja 5.5qt Air Fryer Max XL, and otherwise denies the remaining allegations in Paragraph 4 of the Complaint.

5. SharkNinja denies the allegation in Paragraph 5 of the Complaint.

**COUNT I – NEGLIGENCE**

6. In response to Paragraph 6 of the Complaint, SharkNinja re-alleges and incorporates its responses to Paragraphs 1-5 of the Complaint.

7. SharkNinja denies the allegation in Paragraph 7 of the Complaint.

8. SharkNinja denies the allegation in Paragraph 8 of the Complaint.

A5B08D08-ACA9-4881-AEE4-913BB17DBC14 : 000001 of 000005
ANS : 000001 of 000005

A5B08D08-ACA9-4881-AEE4-913BB17DBC14 : 000002 of 000005

9. SharkNinja denies the allegation in Paragraph 9 of the Complaint.

**COUNT II – BREACH OF WARRANTY**

10. In response to Paragraph 10 of the Complaint, SharkNinja re-alleges and incorporates its responses to Paragraphs 1-9 of the Complaint.

11. SharkNinja admits it utilizes advertising to promote the sale of its products, including the Ninja 5.5qt Air Fryer Max XL, and otherwise denies the remaining allegations in Paragraph 11 of the Complaint.

12. SharkNinja denies the allegation in Paragraph 12 of the Complaint.

13. SharkNinja denies the allegation in Paragraph 13 of the Complaint.

**COUNT III – STRICT LIABILITY**

14. In response to Paragraph 14 of the Complaint, SharkNinja re-alleges and incorporates its responses to Paragraphs 1-13 of the Complaint.

15. SharkNinja denies the allegation in Paragraph 15 of the Complaint.

16. SharkNinja denies the allegation in Paragraph 16 of the Complaint.

**AFFIRMATIVE DEFENSES**

**FIRST**

SharkNinja denies all allegations not expressly admitted.

**SECOND**

The Complaint, in whole or in part, fails to state a claim or cause of action upon which relief can be granted.

**THIRD**

The injuries and damages alleged in the Complaint may have been caused by the acts, omissions, active primary negligence, intentional conduct, the intervening and superseding negligence, and/or intentional conduct of persons or entities other than SharkNinja, and such

ANS : 000002 of 000005

Filed 23-CI-00041 01/12/2024 Jaime Mathews, Fulton Circuit Clerk

acts, omissions, negligence, or intentional acts precludes liability or requires apportionment of fault.

**FOURTH**

Plaintiff's damages are diminished by KRS 411.182, otherwise referred to as the doctrine of comparative fault. Levi Woods failed to exercise ordinary care in the use of the product, and such failure was a substantial cause of damages. Further, Levi Woods assumed the risks involved in his conduct, the hazards of which were open and obvious and fully apparent to a person exercising ordinary care for their own health and safety.

**FIFTH**

Plaintiff's claims are barred, in whole or in part, because the product at issue was designed, manufactured, marketed and labeled with proper warnings, information, cautions, and instructions, in accordance with the state of the art knowledge that existed at the time, as described in KRS 411.310(2).

**SIXTH**

The SharkNinja product may have been modified, altered, or damaged, including a failure to observe routine care and maintenance.

**SEVENTH**

Pending discovery, Plaintiff's claims may be barred pursuant to KRS 411.310, commonly referred to as the statute of repose for products liability claims.

**EIGHTH**

SharkNinja adopts and incorporates by reference any and all defenses, which are or may become available to it, pursuant to the applicable provisions of the Kentucky Product Liability Act, KRS 411.300 *et. seq*.

A5B08D08-ACA9-4881-AEE4-913BB17DBC14 : 000003 of 000005
ANS : 000003 of 000005


Filed 23-CI-00041 01/12/2024 Jaime Mathews, Fulton Circuit Clerk

A5B08D08-ACA9-4881-AEE4-913BB17DBC14 : 000004 of 000005

**NINTH**

SharkNinja reserves the right to amend this Answer and to raise any and all defenses, affirmative or otherwise, which may become available to it during the course of this litigation.

WHEREFORE, SharkNinja Operating, LLC, hereby demands as follows:

1. Dismissal of Plaintiff's Complaint;
2. Its costs and legal fees expended; and,
3. Any and all other relief to which it may be entitled.

*/s/ Ian T. Ramsey*
Ian T. Ramsey
iramsey@stites.com
Neil E. Barton
nbarton@stites.com
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400

*Counsel for Defendant, SharkNinja Operating, LLC*

ANS : 000004 of 000005

A5B08D08-ACA9-4881-AEE4-913BB17DBC14 : 000005 of 000005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via the Court's e-filing system and/or email on this 12th day of January, 2024, upon the below named counsel of record:

John C. Miller
John D. Bertram
Bertram, Cox & Miller, LLP
321 East Main Street
P. O. Box 1155
Campbellsville, Kentucky 42719-1155
johnm@bcmllp.com
johnb@bcmllp.com

*Counsel for Plaintiff*

*<u>/s/ Ian T. Ramsey</u>*
Ian T. Ramsey

1604953:2:LOUISVILLE

ANS : 000005 of 000005

Filed 23-CI-00041 02/07/2024 Jaime Mathews, Fulton Circuit Clerk

**COMMONWEALTH OF KENTUCKY**
**1ST JUDICIAL CIRCUIT**
**FULTON CIRCUIT COURT**
**DIVISION [DIVISION]**
**CIVIL ACTION NO. 23-CI-0041**

***Electronically Filed***

KENTUCKY FARM BUREAU
MUTUAL INSURANCE COMPANY
(a/s/oLevi Woods) PLAINTIFF

**v.** **NOTICE OF SERVICE**

SHARKNINJA OPERATING, LLC DEFENDANT

* * * * * * *

The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, hereby provides notice that it has propounded upon the Defendant, SharkNinja Operating, LLC, its Responses to Request for Admissions and Answer to the First Set of Interrogatories.

Respectfully Submitted,

*/s/John D. Bertram*
John D. Bertram
John C. Miller
**BERTRAM, COX & MILLER, LLP**
321 East Main Street
P.O. Box 1155
Campbellsville, Kentucky 42719
(270) 465-6111
johnb@bcmllp.com
johnm@bcmllp.com

ATTORNEYS FOR PLAINTIFF

4254070E-413D-431F-94BD-0D77C459AABA : 000001 of 000002

NO : 000001 of 000002

Filed 23-CI-00041 02/07/2024 Jaime Mathews, Fulton Circuit Clerk

**CERTIFICATION:**

This will certify that a true and accurate copy of the foregoing was filed using the Court's eFiling system and served in the manner indicated below on this the 7th day of February, 2024, to the following:

***Via eMail:***
Mr. Ian T. Ramsey, Esq.
Mr. Neil E. Barton, Esq.
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
iramsey@stites.com
nbarton@stites.com
*Counsel for Defendant,*
*SharkNinja Operating, LLC*

*/s/ John D. Bertram*
John D. Bertram

4254070E-413D-431F-94BD-0D77C459AABA : 000002 of 000002
NO : 000002 of 000002